```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

     - v. -                       :

PAULO RICARDO DEBARROS CABRAL,    :
     a/k/a "Hans Schmidt,"
     a/k/a "Victor Schmidt,"
     a/k/a "Paulo Barros,"

          Defendant.
                                  :
- - - - - - - - - - - - - - - - - -x
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 16 2007

INDICTMENT

07 Cr. ____

07 CRIM 1053

COUNT ONE

The Grand Jury charges:

1.  From in or about January 2006 up to and including in or about July 2006, in the Southern District of New York and elsewhere, PAULO RICARDO DEBARROS CABRAL, a/k/a "Hans Schmidt," a/k/a/ "Victor Schmidt," a/k/a "Paulo Barros," the defendant, unlawfully, willfully, and knowingly, did execute and attempt to execute a scheme and artifice to defraud financial institutions, the deposits of which were insured by the Federal Deposit Insurance Corporation, to wit, Commerce Bank and Washington Mutual, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such financial institutions, by means of false and fraudulent pretenses, representations, and promises, to wit, CABRAL made cash withdrawals from his checking accounts at Commerce Bank and Washington Mutual after fraudulently depositing into his account

credit card convenience checks belonging to other individuals without authorization.

(Title 18, United States Code, Sections 1344 and 2.)

## FORFEITURE ALLEGATION AS TO COUNT ONE

2.  As a result of committing the offense alleged in Count One of this Indictment, PAULO RICARDO DEBARROS CABRAL, a/k/a "Hans Schmidt," a/k/a/ "Victor Schmidt," a/k/a "Paulo Barros," the defendant, shall forfeit to the United States pursuant to 18 U.S.C. § 982, any property constituting or derived from proceeds obtained directly or indirectly as a result of the bank fraud offense.

### Substitute Asset Provision

3.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 982 and
Title 18, United States Code, Section 1344.)


_____          _____
FOREPERSON                               MICHAEL J. GARCIA
                                         United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

PAULO RICARDO DEBARROS CABRAL,
a/k/a "Hans Schmidt,"
a/k/a "Victor Schmidt,"
a/k/a "Paulo Barros,"

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. §§ 1344 and 2)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

Nov. 16, 2007
Indictment filed A/w issued.
Case assigned to Judge Hellerstein
Freeman, USMJ